# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON W. LANGLEY | No. 1:24-mj-00331-JCN<br><br>COMPLAINT |

The undersigned complainant, being duly sworn, states:

## COUNT ONE
## (Simple Assault)

On about October 9, 2023, in the District of Maine, the defendant,

**JASON W. LANGLEY**

at a place within the special maritime and territorial jurisdiction of the United States, namely the Sand Beach entrance station within Acadia National Park, did assault Victim A by throwing a wallet at Victim A and striking Victim A with it.

All in violation of Title 18, United States Code, Section 113(a)(5).

## COUNT TWO
## (Disorderly Conduct)

On about October 9, 2023, in the District of Maine, the defendant,

**JASON W. LANGLEY**

with the intent to cause public alarm, nuisance, jeopardy and violence, and knowingly and recklessly creating a risk thereof, engaged in fighting and threatening, and in violent behavior, within the boundaries of Acadia National Park, federally owned lands administered by the National Park Service, and on lands within a park area under the legislative jurisdiction of the United States. Specifically, the defendant threw his wallet at Victim A, approached the booth, and banged on the booth door.

All in violation of Title 36, Code of Federal Regulations, Section 2.34(a)(1).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference.

*Michael Ausema*
Michael Ausema, Ranger
National Park Service

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Oct 28 2024

City and state: Bangor, ME

*Judge's signature*

John C Nivison U.S. Magistrate Judge
Printed name and title