AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

2025 MAR 26 A 11: 46

United States of America
v.
JASON W. LANGLEY
_Defendant_

Case No. 1:24-mj-00331-JCN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ JASON W. LANGLEY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 113(a)(5)
Title 36, Code of Federal Regulations, Section 2.34(a)(1)

Date and time issued: 2:10 pm, Oct 28 2024

City and state: Bangor, ME

_Judge's signature_

John C Nivison U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 10/28/24, and the person was arrested on _(date)_ 3/25/25
at _(city and state)_ Penobscot, ME.

Date: 3/26/25

_Arresting officer's signature_

Michael Auserna, Supervisory Ranger
_Printed name and title_